**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-PO-006-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REBECCA A. MORIELLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Unopposed Motion To Extend Time To File Response To Defense Motions" (Document No. 15) filed January 4, 2018. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

A "Bill Of Information" (Document No. 1) was filed in this matter on December 5, 2017, triggering the creation of docket number 1:17-PO-006-DCK. (Document No. 2). The "Bill Of Information" purportedly addressed alleged defects in, and added an additional charge to, the criminal charge in the underlying Central Violations Bureau ("CVB") case that has heretofore proceeded under CVB Violation Number 6923402. Id.

On December 6, 2017, the undersigned determined that a "Motion To Dismiss" filed by Defendant in the CVB case was moot, and denied that motion, without prejudice to Defendant filing a renewed motion to dismiss. (Document No. 3). On December 28, 2017, Defendant filed multiple motions in this action: "Motion For Discovery" (Document No. 7); "Motion To Consolidate Cases" (Document No. 8); "Motion To Dismiss Multiplicitous Count" (Document No. 9); "Motion To Dismiss – Vagueness And Overbreadth" (Document No. 10); and "Motion

To Adopt Standard Discovery Order" (Document No. 11).  The Government now seeks additional time to respond to Defendant's motions.  (Document No. 15).

The Court will allow the Government's request for relief, except that a response to the "Motion To Consolidate Cases" (Document No. 8) will not be required.  Instead, the undersigned will deny the motion to consolidate, without prejudice to either party re-filing any relevant motions and/or responses from the CVB case, including the government's "Motion to Quash," in this action.  Under the circumstances, the Court is not persuaded that consolidation is necessary or appropriate.

Finally, the undersigned respectfully directs the parties to confer regarding pending motions/requests for discovery and discovery scheduling to see if they can resolve or narrow the issues before the Court.

**IT IS, THEREFORE, ORDERED** that the United States of America's "Unopposed Motion To Extend Time To File Response To Defense Motions" (Document No. 15) is **GRANTED**.  The Government shall file responses on or before **January 11, 2018**.

**IT IS FURTHER ORDERED** that "Motion To Consolidate Cases" (Document No. 8) is **DENIED**, without prejudice to either party re-filing any relevant motions and/or responses in this action.

**IT IS FURTHER ORDERED** that a hearing on the status of this case and any pending motions is scheduled for **February 1, 2018.**  The Clerk is directed to provide notice of the time and location of the hearing.

**SO ORDERED**.

Signed: January 4, 2018

David C. Keesler
United States Magistrate Judge