# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Rebecca A. Moriello | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses)<br><br>Case Number:  1:17-po-00006-DCK<br><br>W Rob Heroy<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s)
☐ pleaded guilty to violation(s)
☒ pleaded not guilty to count(s) 1 and 2
☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 41 CFR 102-74.356, 41 CFR 102-74.385, 41, and CFR 102-74.450 | Failure to comply with law direction | June 29, 2017 | 1 |
| 41 CFR 102-74.365, 41 CFR 102-74.390, and 41 CFR 102-102-74.390, and 41 CFR 102-74.450 | Did impede and disrupt the the performance of official duties | June 29, 2017 | 2 |

☐ Counts(s)  (is)(are) dismissed on the motion of the United States.
☐ Violation Notice(s)  (is)(are) dismissed on the motion of the United States.
☒ Found guilty as to: 1 and 2

**IMPOSITION OF SENTENCE:**  Counts 1 and 2 consolidated for judgment and the court enters the following: $2,500 fine plus a $10 assessment.  All monies due 30 days from the entry of the judgment.

Date of Imposition of Sentence:  7/12/2018

Signed: July 17, 2018

_____
David C. Keesler
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:  _____
_____
_____

        Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal